IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SEITEK SHAMSHUDINOV** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  26-84 |
| | : | |
| **MICHAEL ROSE, JAMAL L. JAMISON** | : | |
| | : | |

# ORDER

**AND NOW**, this 8th day of January 2026, upon considering the emergency petition for writ of habeas corpus (DI 1), it is **ORDERED** the respondents, no later than **January 12, 2026**, shall show cause why the petition should not be granted.  *See* 28 U.S.C. § 2243.

_____
**MURPHY, J.**